# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NUNEZ, et al., | Case No. 1:14-cv-00552---SKO |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |
| v. | |
| CITY OF MODESTO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs filed this case on April 18, 2014, the Clerk of Court issued summonses, but no proof of service of the complaint has been filed and no Defendant has appeared. The Case Management Conference – originally set for June 10, 2014 – has been continued three times, and was recently vacated due to the absence of any responding defendant.

As no executed summonses have been filed, it appears that Plaintiffs have never served the complaint. Federal Rule of Civil Procedure 4(m) requires that defendants be served with process within 120 days after the complaint is filed. The record does not reflect timely service of the complaint on the defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. By no later than October 20, 2014, Plaintiffs shall file a statement showing cause why this action should not be recommended for dismissal for failure to prosecute; and

2. If Plaintiff fails to show cause by October 20, 2014, this action will be recommended for dismissal with prejudice for failure to prosecute and for failure to comply with the Court's order.

IT IS SO ORDERED.

Dated: **October 9, 2014**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE